UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RANDALL GLARDON, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:19-cv-247 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| SPEEDWAY, LLC, *et al.*, | : | |
| | : | |
| Defendants. | : | |

___

### ENTRY AND ORDER DENYING AS MOOT DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT (DOC. 12)
___

On August 14, 2020, Defendants Speedway, LLC ("Speedway"), Karon Brock ("Brock"), and Darin Hulsmeyer ("Hulsmeyer," and, collectively, "Defendants") filed Defendants' Partial Motion to Dismiss Plaintiff's Complaint (the "Partial Motion to Dismiss").  (Doc. 12.)  In the Partial Motion to Dismiss, Defendants moved the Court to dismiss (only) Count I of Plaintiff's Complaint.  (*Id.*)  On August 26, 2020, the parties jointly filed a "Stipulated Notice of Dismissal" (Doc. 13) in which the parties stipulated to the dismissal of Count I of Plaintiff's Complaint.  In light of that stipulation, the Court **DENIES AS MOOT** the Partial Motion to Dismiss.

**DONE** and **ORDERED** in Dayton, Ohio, this Thursday, August 27, 2020.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
